**Question No. 1**

Did Church Mutual Insurance Company provide the Renewal Letter to First Baptist Church of Sour Lake by March 24, 2020?

> You are instructed that "provide" means that the First Baptist Church of Sour Lake received the Letter by March 24, 2020.
>
> You are instructed that the "Renewal Letter" means the document admitted in evidence as PX 6.

**Answer "Yes" or "No"**

Answer: __No__

CLERK, U.S. DISTRICT COURT
RECEIVED
MAY 1 6 2025
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

6

## Question No. 2

Did Church Mutual Insurance Company's Renewal Letter provide First Baptist Church of Sour Lake with notice, written in plain language, of any material change on renewal from the coverage or conditions of coverage in the policy held immediately before renewal?

> You are instructed that "plain language" means the ordinary, everyday meaning of words understandable to the general public.
>
> You are instructed that the "Renewal Letter" means the document admitted in evidence as PX 6.
>
> You are instructed that "material change" means a change to a policy that reduces coverage or changes conditions of coverage on renewal.

**Answer "Yes" or "No" to the following material changes in coverages or conditions of coverage on renewal:**

A. The valuation method for the parsonage:

Answer: __No__

B. The causes of loss form for the parsonage:

Answer: __No__

**Question No. 3**

What sum of money, if any, if paid in cash, would fairly and reasonably compensate First Baptist Church of Sour Lake for the damages, if any, that were caused by frozen pipes which burst on or about December 24, 2022?

    Consider the following element of damages, if any, and none other.

1. The cost to repair, rebuild, or replace the property due to damage resulting from the December 24, 2022 loss with other property of comparable kind and quality, as of the time of loss or damage.

**Answer in dollars and cents for damages, if any.**

Answer: $ 230,993.71

**If you answered "No" to Question No. 2A or Question No. 2B, then answer Question No. 4. Otherwise, do not answer Question No. 4.**

<u>Question No. 4</u>

Did Church Mutual Insurance Company engage in any unfair or deceptive act or practice that caused damages to First Baptist Church of Sour Lake?

> You are further instructed that a "No" answer to Question No. 2A or Question No. 2B finds such conduct to be an "unfair or deceptive act or practice."

Answer "Yes" or "No"

Answer: __Yes__

9

**If you answered "Yes" to Question No. 4, then answer Question No. 5. Otherwise, do not answer Question No. 5.**

**Question No. 5**

Did Church Mutual Insurance Company engage in any such conduct knowingly?

> "Knowingly" means actual awareness, at the time of the conduct, of the falsity, deception, or unfairness of the conduct in question. Actual awareness may be inferred where objective manifestations indicate that a person acted with actual awareness.

**Answer "Yes" or "No"**

Answer: _Yes_

**If you answered "Yes" to Question No. 5, then answer Question No. 6. Otherwise, do not answer Question No. 6.**

**Question No. 6**

What sum of money, if any, in addition to actual damages in Question No. 3, should be awarded to First Baptist Church of Sour Lake against Church Mutual Insurance Company because Church Mutual Insurance Company's conduct was committed knowingly?

**Answer in dollars and cents for damages, if any.**

Answer: $432,400.63

## Deliberation Instruction

It is now your duty to deliberate and to consult with one another in an effort to reach a verdict. Each of you must decide the case for yourself, but only after an impartial consideration of the evidence with your fellow jurors. During your deliberations, do not hesitate to reexamine your own opinions and change your mind if you are convinced that you were wrong. But do not give up on your honest beliefs because the other jurors think differently, or just to finish the case.

Remember at all times, you are the judges of the facts. You have been allowed to take notes during this trial. Any notes that you took during this trial are only aids to memory. If your memory differs from your notes, you should rely on your memory and not on the notes. The notes are not evidence. If you did not take notes, rely on your independent recollection of the evidence and do not be unduly influenced by the notes of other jurors. Notes are not entitled to greater weight than the recollection or impression of each juror about the testimony.

When you go into the jury room to deliberate, you may take with you a copy of this charge, the exhibits that I have admitted into evidence, and your notes. You must select a presiding juror to guide you in your deliberations and to speak for you here in the courtroom.

Your verdict must be unanimous. After you have reached a unanimous verdict, your presiding juror must fill out the answers to the written questions on the verdict form and sign and date it. After you have concluded your service and I have discharged the jury, you are not required to talk with anyone about the case.

If you need to communicate with me during your deliberations, the presiding juror should write the inquiry and give it to the court security officer. After consulting with the attorneys, I will respond either in writing or by meeting with you in the courtroom. Keep in mind, however, that you must never disclose to anyone, not even to me, your numerical division on any question.

You may now proceed to the jury room to begin your deliberations.

**Our verdict is unanimous. All of us have agreed to each and every answer. The presiding juror has signed the certificate for all of us as set forth below.**

[redacted]
______________________________
Signature of Presiding Juror

5/16/25
______________________________
Date