IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FIRST BAPTIST CHURCH OF SOUR LAKE, | § § § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00391 |
| CHURCH MUTUAL INSURANCE COMPANY, | § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant.* | § § | |

## FINAL JUDGMENT

The Court held trial in this matter from May 13 to May 16, 2025. *See* [Dkts. 77, 80, 81, 84]. The jury returned a verdict in Plaintiff First Baptist Church of Sour Lake's favor regarding all factual issues on May 16, 2025. [Dkt. 93].

The Court has decided all post-verdict legal issues in a separate Order. Accordingly, the Court enters **FINAL JUDGMENT** in this matter as follows.

The Court hereby **ORDERS** that Plaintiff First Baptist Church of Sour Lake recover from Defendant Church Mutual Insurance Company the total amount of **$994,634.59**. This total amount includes the following recovery allowed under Texas law:

- The amount of **$209,000.00** in actual damages for breach of contract, violations of Tex. Ins. Code Ann. § 541.061(5), and equitable reformation under Tex. Ins. Code Ann. § 541.152(a)(3);

- The amount of **$418,000.00** in additional damages under Tex. Ins. Code Ann. § 541.152(b);

- The amount of **$58,217.60** for statutory penalty interest under Tex. Ins. Code Ann. § 542.058;

- The amount of **$28,598.04** in pre-judgment interest under Tex. Fin. Code Ann. § 304.103-.104;

- The amount of **$275,740.00** in reasonable and necessary attorney's fees; and

- The amount of **$5,078.95** for taxable costs of court.

The Court further provides that Plaintiff First Baptist Church of Sour Lake shall recover post-judgment interest at a rate of 7.5% per annum from Defendant Church Mutual Insurance Company under Tex. Fin. Code Ann. §§ 304.004, 304.007. In the event that Defendant appeals this case unsuccessfully, First Baptist shall recover an additional amount of $40,000.00 for appellate attorney's fees. All claims for relief sought by all parties not specifically granted are **DENIED**. This judgment is final and appealable.

**SIGNED this 22nd day of July, 2025.**

_____
Michael J. Truncale
United States District Judge